

_____
85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

September 11, 2018

Hon. Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

    **Re:**    **In re Thomas M. Johnson**
             **Case Number 16-29396**
             **Limited Objection to Debtor's Motion**

Dear Judge Altenburg:

      This office represents SN Servicing Corporation, Servicer for PROF 2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee (hereinafter 'Creditor"), the holder of a mortgage on certain real property of the Debtor, Thomas M. Johnson (hereinafter "Debtor"), located at 416 Route 73, Winslow Township, New Jersey 08037 (hereinafter the "Mortgaged Premises").  Please accept this letter in lieu of a more formal response to Debtor's Motion to Suspend Mortgage and Plan Payments, which is returnable on September 18, 2008 at 10:00 a.m.

      The instant application, which Debtor filed more than twenty-two months after the commencement of this action, seeks to suspend mortgage and plan payments for the months of September, October, and November of 2018.  However, the proposed Order is silent as to Debtor's post-petition arrears of $2,813.70 for the months of July and August of 2018.

      Although Creditor does not oppose Debtor's Motion to Suspend Mortgage and Plan Payments, Creditor respectfully requests that Debtor submit an amended proposed Order referencing and accounting for the aforementioned post-petition arrears and requiring Debtor to file a modified plan or obtain a stipulation adjusting plan payments within twenty days of the date of the Order.

      Thank you for your time and understanding.  Should you have any questions or concerns, please do not hesitate to contact this office at any time.

      Respectfully submitted,

      <u>/s/ Jonathan Schwalb</u>
      Jonathan Schwalb, Esq.

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |

Case No.: _____

Chapter: _____

In Re:                                                                                            Adv. No.: _____

Hearing Date: _____

Hon. Judge: _____

**CERTIFICATION OF SERVICE**

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br>    (as authorized by the court *) |