| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS & CLAYMAN**<br>Eric J. Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | <br><br>**Order Filed on October 9, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Thomas Johnson<br>Debtor | Case No.: 16-29396 ABA<br><br>Adv. No.:<br><br>Hearing Date:   September 18, 2018<br><br>Judge:  Andrew B. Altenburg |

# ORDER SUSPENDING TRUSTEE AND MORTGAGE PAYMENTS AND INCORPORATING MISSED MORTGAGE PAYMENTS INTO CHAPTER 13 PLAN

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: October 9, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:         Thomas M. Johnson
Case No:        16-29396 ABA
Caption of Order:   Order Suspending Trustee Payments

Upon consideration of debtor's motion for an order suspending Trustee payments and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The debtor's obligation to pay the Chapter 13 Trustee is hereby suspended for the months of September, October and November of 2018.

2. The debtor's obligation to pay his monthly mortgage payments is hereby suspended for the months of September, October and November of 2018. However, the debtor will make one monthly mortgage payment by the end of October to cure a portion of the outstanding post-petition arrears.

3. The mortgage holder shall file an amended proof of claim incorporating those three months to be paid by the debtor through his chapter 13 plan.

4. A modified plan will be filed by November 30, 2018 to address the missed post-petition mortgage payments and Trustee payments that will need to be rolled into the bankruptcy plan.