| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **JENKINS & CLAYMAN**<br>Eric J. Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |
| In Re:<br><br>Thomas Johnson<br>Debtor |

Order Filed on October 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-29396 ABA

Adv. No.:

Hearing Date:   September 18, 2018

Judge:  Andrew B. Altenburg

# ORDER SUSPENDING TRUSTEE AND MORTGAGE PAYMENTS AND INCORPORATING MISSED MORTGAGE PAYMENTS INTO CHAPTER 13 PLAN

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: October 29, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Thomas M. Johnson |
| Case No: | 16-29396 ABA |
| Caption of Order: | Order Suspending Trustee Payments |

Upon consideration of debtor's motion for an order suspending Trustee payments and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The debtor's obligation to pay the Chapter 13 Trustee is hereby suspended for the months of September, October and November of 2018.

2. The debtor's obligation to pay his monthly mortgage payments is hereby suspended for the months of September, October and November of 2018. However, the debtor will make one monthly mortgage payment of $1,540.11 made payable to SN Servicing Corporation by the end of October to cure a portion of the post-petition mortgage arrears balance. In addition, the debtor will make one additional monthly mortgage payment of $1,540.11 by the end of the suspension period.

3. The mortgage holder shall file an amended proof of claim incorporating the three suspended months to be paid by the debtor through his chapter 13 plan.

4. A modified plan will be filed by November 30, 2018 to address the missed post-petition mortgage payments and Trustee payments that will need to be rolled into the bankruptcy plan.