

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorney for SN Servicing Corporation as Servicer for US Bank Trust National Association, as Trustee of the SCIG Series III Trust<br>P: (212) 471-5100<br>bankruptcy@FriedmanVartolo.com | Order Filed on January 25, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>Thomas M. Johnson<br>dba Maxximum Tires & Service<br><br>Debtor | Case No. 16-29396<br><br>Hearing Date:<br><br>Judge: Andrew B. Altenburg Jr.<br><br>Chapter: 13 |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 25, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of SN Servicing Corporation as Servicer for US Bank Trust National Association, as Trustee of the SCIG Series III Trust, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property more fully described as: 416 South Route 73, Winslow Township, NJ 08037

[ ] Personal property more fully described as: N/A

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as Servicer for US Bank Trust National Association, as Trustee of the SCIG Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises located at 416 South Route 73, Winslow Township, NJ 08037; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.